# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00478-CV

**In re Eldor Brish**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Eldor Brish filed a petition for writ of mandamus and a motion for emergency temporary relief pending disposition of his mandamus petition. Having reviewed the petition, record, and filings by relator and real party in interest, we deny the petition for writ of mandamus and the motion for emergency temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Puryear and Goodwin

Filed: July 29, 2016